IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MELISSA KIGER | ) | |
| | ) | |
| v. | ) | NO. 2-10-0084 |
| | ) | JUDGE CAMPBELL |
| JENNINGS FUNERAL HOMES, INC. | ) | |
| and FENTRESS MEMORIAL GARDENS, | ) | |
| INC., a/k/a FENTRESS MEMORY | ) | |
| GARDENS, INC. | ) | |

## ORDER

For the reasons stated in the accompanying memorandum, Defendants' Motion to Dismiss (Docket No. 13) with respect to Plaintiff's claims of disparate treatment, retaliatory discharge, and common law conspiracy is DENIED. Defendants' Motion to Dismiss with respect to Plaintiff's claims of outrageous conduct is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE