IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

MELISSA KIGER )
)
v. ) No. 2-10-0084
)
JENNINGS FUNERAL HOMES, INC; )
and FENTRESS MEMORIAL )
GARDENS, INC. a/k/a Fentress Memory )
Gardens, Inc. )

O R D E R

Pursuant to the order entered November 15, 2011 (Docket Entry No. 18), counsel for the parties called the Court on March 8, 2011, at which time they advised that they have completed the parties' depositions, anticipate that they will take 6-7 more depositions that will be completed in 2-3 days, and no discovery issues have arisen. They also discussed the possibility of scheduling a settlement conference.

The plaintiff shall make a settlement demand by March 11, 2011, and counsel for the parties shall confer with their clients to determine if they are willing to participate in a settlement conference.

Counsel for the parties shall convene another telephone conference call with the Court on **Tuesday, March 22, 2011, at 3:00 p.m.,** to be initiated by plaintiff's counsel, to address whether they want to participate in a settlement conference.

A settlement conference was tentatively scheduled on April 28, 2011, in the event that the parties determine that they believe a settlement conference would be productive. However, the Court was not aware at that time that the April 28, 2011, date was no longer available.

Therefore, counsel shall confer with each other and their clients to determine whether any of the other available dates suggested to counsel on March 8, 2011 (April 6, April 21, 2011,

April 22, 2011, April 26, 2011, or April 29, 2011),[1] are available for them, and call Ms. Jeanne Cox, Courtroom Deputy (at 736-5164), as soon as possible to reserve a tentative date.

If the parties determine that they want to participate in a settlement conference and believe that it would be productive, a further order will be entered after the March 22, 2011, conference call, outlining the parties' obligations prior to the settlement conference.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] In addition, April 27, 2011, is now available. Of those dates, April 6, 2011, April 22, 2011, and April 26, 2011, are the best for the Court.